| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Christine, O.C. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>02/28/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>02/27/2013 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Suite 716<br>Washington, DC 20005-1011 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Christine, O.C. | 02/28/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. pd month | INEL Employee Retirement Plan - Pension |
| 2. pd month | Pres. & CEO of Science & Technology Int'l, Inc. - consulting in environmental and technology issues |
| 3. pd month | Teacher's Ins. & Annuity Assn. - annuity |
| 4. pd month | Department of the Army - pension |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assn. | Mar. 23-25, 2012 | New York City, NY | Fed. Judiciary Banquet | Transportation, meals & room |
| 2. | The McCammon Group | Jan. 6-10, 2013 | Richmond, VA | Training as a neutral | Transportation, meals & room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Christine, O.C.** | 02/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Christine, O.C. | 02/28/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Abbott Labs | A | Dividend | J | T | | | | | |
| 2.  Alcoa, Inc. | A | Dividend | J | T | | | | | |
| 3.  Bellsouth Corp. common | A | Dividend | J | T | | | | | |
| 4.  Bois D Arc Energy Inc. | A | Dividend | J | T | | | | | |
| 5.  Chevron Texaco Corp. common | A | Dividend | J | T | | | | | |
| 6.  Dominion Resources common | A | Dividend | J | T | | | | | |
| 7.  EG&G Savings Plan | A | Interest | J | T | | | | | |
| 8.  EG&G Stock common | B | Interest | K | T | | | | | |
| 9.  Enbridge Energy Partners LP | A | Distribution | J | T | | | | | |
| 10. Enterprise Prod. Partners | A | Distribution | J | T | | | | | |
| 11. Freeport-McMoran Copper & Gold | A | Dividend | J | T | | | | | |
| 12. House Credit Union | A | Interest | J | T | | | | | |
| 13. INEL Retirement Plan | B | Dividend | K | T | | | | | |
| 14. MCI Worldcom, Inc. | A | Dividend | J | T | | | | | |
| 15. Municipal Invest. Trust Fund | A | Interest | J | T | | | | | |
| 16. Neurogen Corp. common | A | Dividend | J | T | | | | | |
| 17. Plains All Amer. Pipeline | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Christine, O.C. | 02/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Proctor & Gamble common | A | Dividend | J | T | | | | | |
| 19.   Raymond James IRA | A | Interest | M | T | | | | | |
| 20.   Reynolds Metals Co. | A | Dividend | J | T | | | | | |
| 21.   PNC Bank | A | Interest | J | T | | | | | |
| 22.   Senate Credit Union | A | Interest | J | T | | | | | |
| 23.   SunTrust | A | Interest | J | T | | | | | |
| 24.   SunTrust IRA | A | Interest | J | T | | | | | |
| 25.   Teacher's Ins. & Annuity Assoc. common | B | Dividend | K | T | | | | | |
| 26.   Teacher's Ins. & Annuity Assoc. money market | B | Interest | K | T | | | | | |
| 27.   Teekay Language Partners Ltd. | A | Distribution | J | T | | | | | |
| 28.   UST Inc. common | A | Dividend | J | T | | | | | |
| 29.   USAA Aggressive Growth Fund | A | Interest | J | T | | | | | |
| 30.   USAA Money Market Fund CD | B | Interest | K | T | | | | | |
| 31.   USAA Tax-exempt long-term Fund IRA | A | Interest | J | T | | | | | |
| 32.   U.S. West, Inc. (new) common | A | Dividend | J | T | | | | | |
| 33.   Viacom ITRA | B | Dividend | K | T | | | | | |
| 34.   Wells Fargo & Co. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Christine, O.C. | 02/28/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Christine, O.C. | 02/28/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christine, O.C. Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544